Form B 250B (12/09)

# CERTIFICATE OF SERVICE

I, __Chris McVay__ certify that service of this summons and a copy of the complaint was made __8/16/18__ by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Shapiro & Ingle, L.L.P.
10130 Perimeter Parkway, Suite 400
Charlotte, NC 28216

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of ____, as follows: [Describe briefly]

☐ If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __8/16/18__    Signature _____

Print Name: __Chris McVay, Esq.__

Business Address: __6953 Charlotte Pike, Suite 401__
__Nashville, TN 37209__

Form B 250B (12/09)

## CERTIFICATE OF SERVICE

I, __Chris McVay__ certify that service of this summons and a copy of the complaint was made __8/16/18__ by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Specialized Loan Servicing
c/o Bonnie Culp, Esq.
10130 Perimeter Pkwy., Suite 400
Charlotte, NC 28216

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

☐ If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __8/16/18__       Signature _____

Print Name: __Chris McVay, Esq.__

Business Address: __6953 Charlotte Pike, Suite 401__
__Nashville, TN 37209__

Form B 250B (12/09)

## CERTIFICATE OF SERVICE

I, __Chris McVay__ certify that service of this summons and a copy of the complaint was made __8/16/18__ by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Specialized Loan Servicing
c/o United Agent Group, Inc.
205 Powell Place
Brentwood, TN 37027-7522

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

☐ If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __8/16/18__     Signature _____

Print Name: __Chris McVay, Esq.__
Business Address: __6953 Charlotte Pike, Suite 401__
__Nashville, TN 37209__