UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| In Re: David D Keesee, | Case No. 18-03800 |
| | Adversary No. 3:18-ap-90140 |
| Debtor. | |
| David D Keesee, | Chapter 13 |
| Plaintiff, | |
| V. | Judge Marian F. Harrison |
| | Contested Matter |
| Defendant | |

Specialized Loan Servicing
8742 Lucent Blvd. Suite 300
Highlands Ranch, CO 80129

    Defendant

Shapiro & Ingle LLP
Attorney For
10130 Perimeter Pkwy
Suite 400
Charlotte, Nc 28216

**ORDER CONTINUING PRETRIAL CONFERENCE AND
EXTENDING DEADLINE FOR RESPONDING TO COMPLAINT**

This matter is presently before the Court on Defendant's, Shapiro & Ingle LLP's motion

to continue the pretrial conference and to extend the time for the Defendant to respond to the

Complaint filed herein. It appears that good cause has been shown and the motion should be granted.

It is, therefore, ORDERED as follows:

1. The Defendant shall have up to and including December 31, 2018, within which to file an answer or otherwise respond to the Complaint herein.
2. The Parties shall file their pretrial statement no later than January 4, 2019.
3. The pretrial conference in the adversary proceeding is hereby scheduled for January 9, 2019 at 1:15 PM, in Courtroom 3, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

PREPARED FOR ENTRY:

*/s/ Bonnie Culp*
Bonnie Culp, Attorney for Creditor, Bar # 14741
bculp@logs.com |704-249-0065
Shapiro & Ingle, LLP
10130 Perimeter Pkwy, Suite 400
Charlotte, NC 28216
Phone: 704-333-8107 | Fax: 704-333-8156
Supervisory Attorney Contact: Grady Ingle
gingle@logs.com | 704-831-2217
Electronic Service Notifications: tnecf@logs.com

## CERTIFICATE OF SERVICE

       I hereby certify that on October 1, 2018, the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

       */s/ Bonnie Culp*
       Bonnie Culp, Attorney for Creditor, Bar # 14741

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:18-ap-90140    Doc 7    Filed 10/03/18    Entered 10/03/18 08:59:32    Desc Main Document    Page 3 of 3