Marian F. Harrison
US Bankruptcy Judge

Dated: 2/25/2019

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DAVID D. KEESEE, | ) | BK CASE NO. 18-03800 |
| | ) | CHAPTER 13 |
| Debtor, | ) | JUDGE HARRISON |
| | ) | |
| DAVID D. KEESEE, | ) | ADV. NO. 3:18-ap-90140 |
| | ) | |
| Plaintiff, | ) | |
| VS. | ) | |
| SPECIALIZED LOAN SERVICING and SHAPIRO & INGLE, LLP, | ) | |
| Defendants. | ) | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

As evidenced by the signatures of Counsel below, the Parties herein have resolved the issues in controversy on mutually satisfactory terms, and have agreed to the following:

1. That the Plaintiff's Complaint should be DISMISSED, with prejudice.

THEREFORE, IT IS HEREBY ORDERED, that the Plaintiff's Complaint, is hereby DISMISSED, with prejudice.

1

IT IS SO ORDERED.

This order was signed and entered electronically as indicated at the top of the first page.

APPROVED FOR ENTRY:

__/s/ Joe Weyant_____
Joe Weyant, Attorney for Plaintiff
128 North Second Street, Suite 204
Clarksville, TN 37040
(931) 503-9089
Fax (931) 503-9044
jweyant@bellsouth.net
TNBPR# 022587

__/s/ Bonnie Culp_____
Bonnie Culp, Attorney for Defendants
Shapiro & Ingle, LLP
10130 Perimeter Pkwy., Ste. 400
Charlotte, NC 28216
(704) 333-8107
Fax (704) 333-8156
bculp@logs.com
TNBPR# 014741

2

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:18-ap-90140  Doc 30  Filed 02/25/19  Entered 02/25/19 14:56:22  Desc Main
Document  Page 2 of 2